# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132688(67)(68)

MELISSA BOODT, as Personal
Representative of the Estate of
David Waltz, Deceased,
       Plaintiff-Appellee/
       Cross-Appellant,

v

BORGESS MEDICAL CENTER,
MICHAEL ANDREW LAUER, M.D.,
and HEART CENTER FOR
EXCELLENCE, P.C.,
       Defendants-Appellants/
       Cross-Appellees,
and

MICHAEL ANDREW LAUER, M.D., P.C.,
       Defendant.
_____

SC: 132688
COA: 266217
Kalamazoo CC: 03-000318-NH

On order of the Chief Justice, motions by Michigan Association for Justice and Citizens for Better Care for leave to file briefs *amicus curiae* in this case are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008

_____
Clerk